| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| CHRISTOPHER TUTOR, #23209-078 | § |
| | § CIVIL ACTION NO. 4:17cv721 |
| *versus* | § CRIMINAL ACTION NO. 4:15cr109(5) |
| | § |
| UNITED STATES OF AMERICA | § |

**ORDER OF DISMISSAL**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation (#26) concluding that the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed pursuant to 28 U.S.C. § 2255 should be denied and dismissed with prejudice. No objections were timely filed.[1]

The Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Movant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (#21) pursuant to 28 U.S.C. § 2255 is **DENIED**, and the case is **DISMISSED** with prejudice. A Certificate of Appealability is **DENIED**. All motions by either party not previously ruled upon are **DENIED**.

SIGNED at Beaumont, Texas, this 7th day of July, 2021.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

---

[1] A copy of the Report and Recommendation was returned as undeliverable on June 12, 2021 (#27). An independent review of the BOP website confirms Movant was released on January 18, 2019. *See* https://www.bop.gov/inmateloc/.